Case: 4:21-cr-00049-RLW   Doc. #:  63   Filed: 01/31/24   Page: 1 of 1 PageID #: 203

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the  
Eastern District of Missouri

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No: 4:21-CR-49 RLW |
| Antoine Boone | ) |
| | ) USM No: 47457-509 |
| Date of Original Judgment: April 20, 2022 | ) |
| Date of Previous Amended Judgment: n/a | ) Nanci McCarthy |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  97  months **is reduced to**  93 months  .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  04/20/2022  shall remain in effect.

**IT IS SO ORDERED**.

Order Date: 01/31/2024

*Judge's signature* (Ronnie L. White)

Effective Date: 02/01/2024

Ronnie L. White, United States District Judge  
*Printed name and title*